**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MODESTA ARAUJO-CONTRERAS,<br><br>Petitioner,<br><br>v.<br><br>JAMES JANECKA, *et al.*,<br><br>Respondents. | Case No. 5:25-cv-03442-KK-ACCV<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the petition under 28 U.S.C. § 2241 is granted, with no further proceedings, consistent with the reasons and findings set forth in the May 18, 2026 Report and Recommendation of United States Magistrate Judge.  (Dkt. No. 19.)

DATED:  June 3, 2026

_____
HON. KENLY KIYA KATO
United States District Judge